UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE HOLLIDAY, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF LAKIN, ROBERT HERTZ, GARY BOST, DON McNAUGHTON, TIM WALKER, MIKE TASSONE, DR. ROBERT BLANKENSHIP, MATTHEW DOVER, ALISIA RUSHING and BARBARA UNFRIED,<br><br>    Defendants. | Case No. 15-cv-290-JPG-SCW |

## **JUDGMENT**

This matter having come before the Court, the parties having settled some issues and the Court having heard others, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- in favor of defendant Hertz, Lakin (in his individual and official capacities) and Bost and against plaintiff George Holliday on Count 1 in its entirety;

- in favor of defendants McNaughton, Tassone and Dover and against plaintiff George Holliday on Count 1 based on the March 2015 sewer backup;

- in favor of defendant Rushing and against plaintiff George Holliday on Count 2;

- in favor of defendant Bost and against plaintiff George Holliday on Count 3; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 1 based on the December 2014 sewer backup against McNaughton, Tassone and Dover;

- Count 3 against defendant Unfried; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- All claims against defendants Walker and Blankenship; and
- All official capacity claims against all defendants except defendant Lakin.

**DATED: August 13, 2018**     **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**